In the Matter of CHESTER W. MCNALLY, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued February 28, 1940; decided April 16, 1940.

*Chester W. McNally*, in person, appellant.

*Theodore Kiendl, Einar Chrystie* and *Warren S. Fogel* for respondent.

Order affirmed without prejudice to an application by the appellant to the Appellate Division for a hearing in the matter of his fitness to be reinstated in the profession. (*Matter of Kaufmann*, 245 N. Y. 423.)   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.